# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-06468

Sheriff's Sale Date: _____

V.

ARLENE R. PAULINE BOSKIE A/K/A ARLENE R PAULINE, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ARLENE R. PAULINE BOSKIE A/K/A ARLENE R PAULINE the above process on the 24 day of January, 2017, at 5:46 o'clock, PM, at 4270 VIOLA STREET PHILADELPHIA, PA 19104, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'  Weight 100  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa    )
                             ) SS:
County of Berks              )

Before me, the undersigned notary public, this day, personally, appeared __Dwayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158198
Case ID #: 4796561

Subscribed and sworn to before me this 27 day of JAN, 20 17.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017