UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>ARLENE R. PAULINE BOSKIE A/K/A<br>ARLENE R PAULINE,<br>　　　　　　　　　　　Defendant | No. 16-06468 |

### DEFAULT JUDGMENT

AND NOW, this ___16th___ day of ___February___, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, December 15, 2016 and, after due service of process on Defendant, ARLENE R. PAULINE BOSKIE A/K/A ARLENE R PAULINE, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, ARLENE R. PAULINE BOSKIE A/K/A ARLENE R PAULINE, in the amount of $8,481.27. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:  February 16, 2017

　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　　　　　EasternDistrict of Pennsylvania

　　　　　　　　　　　　　　　　By:　___s/ Terry Milano___
　　　　　　　　　　　　　　　　　　　　Deputy Clerk